United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| REBECA SANCHEZ TIRADO, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. H-26-3726 |
| vs. § | |
| § | |
| WARDEN, Houston Contract Detention § | |
| Facility, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

The petitioner, Rebeca Sanchez Tirado, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her detention by United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. On June 8, 2026, the federal respondents filed a Notice reporting that the petitioner has been released from custody on June 5, 2026, and that as a result of the petitioner's release, this action is moot. (Docket Entry No. 11). The petitioner has not filed a response to the Notice.

Because Tirado has been released from custody, her habeas petition is now moot. This case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on June 25, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge